

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00469-CV

**IN THE INTEREST OF K.E.P.**, K.N.P., and C.L.P., Children

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA01351
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Appellant is unable to afford payment of court costs; no costs are taxed in this appeal. Counsel's motion to withdraw is DENIED.

SIGNED November 21, 2018

_____
Patricia O. Alvarez, Justice

'